**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES REPIKA, | ) | |
| | ) | |
| Plaintiff, | ) | 10 CV 3029 |
| | ) | |
| vs. | ) | Judge Bucklo |
| | ) | |
| CONSUMER RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff James Repika ("Plaintiff") and Defendant Consumer Recovery Associates, LLC ("Defendant") hereby stipulate to the dismissal of Plaintiff's individual claim against Defendant with prejudice, with each party to bear its own costs and fees.

| **JAMES REPIKA** | **CONSUMER RECOVERY ASSOCIATES, LLC** |
|---|---|
| By: s/Francis R. Greene<br>    One of His Attorneys | By: s/James K. Schultz<br>    One of Its Attorneys |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Francis R. Greene<br>EDELMAN, COMBS, LATTURNER &<br>    GOODWIN, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago IL 60603<br>(312) 739-4200<br>(312) 419-0379 (Fax) | James K. Schultz<br>SESSIONS, FISHMAN, NATHAN &<br>    ISRAEL, L.L.C.<br>55 W. Monroe, Suite 1120<br>Chicago, IL 60603<br>312-578-0993<br>312-578-0991 (Fax)<br><br>David Israel<br>SESSIONS, FISHMAN, NATHAN &<br>    ISRAEL, L.L.C.<br>Lakeway Two, Suite 200<br>3850 North Causeway Boulevard<br>Metairie, LA 70002-7227<br>(504) 828-3700<br>(504) 828-3737 (Fax) |

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on August 5, 2010, I caused to be filed the foregoing documents via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

James K. Schultz
jschultz@sessions-law.biz

David Israel
disrael@sessions-law.biz

                                                s/Francis R. Greene
                                                Francis R. Greene